IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES COLE, | : | CRIMINAL ACTION |
| | : | NO. 91-570-02 |
|     Petitioner, | : | |
| | : | CIVIL ACTION |
|   v. | : | NO. 14-2987 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
|     Respondent. | : | |

**O R D E R**

**AND NOW**, this **13th** day of **February, 2015**, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 490) is **DENIED.**

**AND IT IS SO ORDERED.**

                                        **/s/ Eduardo C. Robreno**
                                        **EDUARDO C. ROBRENO, J.**