```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 91-570-02 |
| v. | : | |
| | : | |
| JAMES COLE | : | |

## O R D E R

**AND NOW**, this **26th** day of **August, 2015,** it is hereby **ORDERED** that, for the reasons stated in this Court's memorandum dated August 26, 2015, the following motions filed by Defendant are **DENIED**:

- Motion to Strike (ECF No. 498);

- Motion to Add Claim of Actual Innocence (ECF No. 505);

- Motion Pursuant to Independent Action Rule 60(d) (ECF No. 506);

- Motion to Reopen Docket Nos. 360, 366, 470, and 482 (ECF No. 511);

- Motion to Supplement the Record (ECF No. 514);

- Request for Admissions (ECF No. 516);

- First Amended and Supplemental Initial Disclosures Rule 26(e)(1) (ECF No. 517);

- Motion for Extension of Time to File Reply to Government Response (ECF No. 543);

- Request for Admissions (ECF No. 544);

- Motion for Summary Judgment (ECF No. 546);

- Motion for Expedited Consideration of the § 3582(c)(2) Motion (ECF No. 551); and

- Motion to Correct an Otherwise Illegal Sentence (ECF No. 556).

    **AND IT IS SO ORDERED.**

    /s/ Eduardo C. Robreno
    **EDUARDO C. ROBRENO,    J.**